IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| C.P., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | 3:25-cv-00037-TES-AGH |
| FRANK BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |

**CONSENT ORDER**

Under sentence four of the Social Security Act, 42 U.S.C. § 405(g), this Court has the authority to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand. The Commissioner requests that the Court remand this case to the agency for further consideration and administrative action. On remand, the agency will offer the claimant an opportunity for an additional hearing and issue a new decision. The Commissioner's unopposed motion is GRANTED, and this case is hereby REMANDED.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991). The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED, July 3, 2025.

S/ Tilman E. Self, III
_____
UNITED STATES DISTRICT JUDGE

Presented by:

Timothy C. Stevens
Georgia Bar No. 940629
Special Assistant United States Attorney